# UNITED STATES DISTRICT COURT
for the

__Western__ District of __Virginia__

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR 24 2008
JOHN F. CORCORAN, CLERK
BY: /s/
     DEPUTY CLERK

United States of America )
v. )
Jacob Robert Prim )  Case No: 7:99CR00022-001
) USM No: 08155-084
Date of Previous Judgment: September 25, 2000 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __160__ months **is reduced to** __140*__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __37__   Amended Offense Level: __35__
Criminal History Category: __V__   Criminal History Category: __V__
Previous Guideline Range: __324__ to __405__ months   Amended Guideline Range: __262__ to __327__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

\* Defendant's total term of imprisonment of 140 months consists of 80 months as to count 1 and 60 months as to count 2, to be served consecutively.

Except as provided above, all provisions of the judgment dated __Sept. 25, 2000__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __3-24-08__

Effective Date: ~~March 3, 2008~~ __4-3-08__
(if different from order date)

_/s/ Jackson L. Kiser_
Judge's signature

Senior United States District Judge Jackson L. Kiser
Printed name and title