AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_Western_ District of _Virginia_

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RKu
MAR 25 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

United States of America )
v. )
Jacob Robert Prim )  Case No: 7:99CR00022-001
 ) USM No: 08155-084
Date of Previous Judgment: September 25, 2000 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

Amended **Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _160_ months **is reduced to** _140*_ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: _37_  Amended Offense Level: _35_
Criminal History Category: _V_  Criminal History Category: _V_
Previous Guideline Range: _324_ to _405_ months  Amended Guideline Range: _262_ to _327_ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

* Defendant's total term of imprisonment of 140 months consists of 80 months as to count 1 and 80 months as to count 2 to be served concurrently; 60 months as to count 3, to be served consecutively.

Except as provided above, all provisions of the judgment dated _Sept. 25, 2000_ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 3-25-08

Effective Date: ~~March 3, 2008~~ 4-7-08
(if different from order date)

Judge's signature

Senior United States District Judge Jackson L. Kiser
Printed name and title